UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

———

SANDY HOLT, JR.,

           Plaintiff,                  Case No. 1:15-cv-1348

v.                                         Honorable Paul L. Maloney

BONITA J. HOFFNER et al.,

           Defendants.

_____/

## <u>JUDGMENT</u>

In accordance with the Opinion filed this date:

IT IS ORDERED that Plaintiff's action be DISMISSED WITH PREJUDICE on grounds of immunity and failure to state a claim, pursuant to 28 U.S.C. §§ 1915(e) and 1915A, and 42 U.S.C. § 1997e(c).

Dated:   February 3, 2016              /s/ Paul L. Maloney
                                           Paul L. Maloney
                                           United States District Judge